IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

OCT 2 9 2025

FILED/REC'D
CLERK OF COURT

---

UNITED STATES OF AMERICA

    v.

WILLIE MILLS,

        Defendant.

INDICTMENT

Case No. 25 CR 105 WMC

21 U.S.C. § 841(a)(1)

---

THE GRAND JURY CHARGES:

## COUNT 1

On or about October 1, 2025, in the Western District of Wisconsin, the

defendant,

WILLIE MILLS,

knowingly and intentionally possessed with the intent to distribute 50 grams or more

of a mixture or substance containing a detectable amount of methamphetamine, a

Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

A TRUE BILL

_____
PRESIDING JUROR

Indictment returned: _10-29-2025_

_____
CHADWICK M. ELGERSMA
Acting United States Attorney